**EXHIBIT 1**

EEOC (Inquiry) Number: **430-2024-04233**

# INQUIRY INFORMATION

## INQUIRY OFFICE

**Receiving:** Charlotte District Office
**Accountable:** Charlotte District Office

## POTENTIAL CHARGING PARTY

**Name:** Mr. Roderick B. Brower
**Address:** 151 Hawthorne Trail
WEST END, NC 27376
**Year of Birth:** 1969
**Email Address:** rod.brower@gmail.com
**Phone Number:** 910-797-3874

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Male
**Disabled?** No
**Are you Hispanic or Latino?** No
**Ethnicity:**
**National Origin:**

## RESPONDENT/Employer

**Organization Name:** Sandhills Community College
**Type of Employer:** Local Government that I applied to, work for, or worked for
**Number of Employees:**
**Address:** 3395 Airport Road
PINEHURST, NC 28374
**County:** Moore
**Phone Number:**

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:**
**County:**

## RESPONDENT CONTACT

**Name:** Sandhills Community College
**Email Address:** Stewarts@sandhills.edu
**Phone Number:**
**Title:**

## REASON(S) FOR CLAIM

# EXHIBIT 1

**Date of Incident (Approximate):** 08/23/2024

**Reason for Complaint:** Race, Age - I am 40 years of age or older, Color, Retaliation - I helped or was a witness in someone else?s complaint about job discrimination

**Pay Disparity:**

**Location of Incident:** North Carolina

**Submission (initial inquiry) Date:** 08/28/2024

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 430-2024-04233

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**

## ADVERSE ACTION(s)

I have been placed on administrative leave as a retaliation of the work I?ve done in response to a Public records Request. I also feel that I have been a victim of discrimination based on pay equity.

I feel that I have been singled out because I am named in the public records request.

As the CISO of the college, I followed the agreed queries from the discussions from the college administration regarding the public information request received on 8/21/24. I was the only one who accessed the data and shared it only with the President, sending it securely...not through email, so he could review and discuss with legal council. I also went in person to verify the file was received, and discovered his college computer on, signed in, and unlocked while he was away from his desk which is against our acceptable use policy.

## APPOINTMENT

**Appointment Date and time:** 01/06/2025 14:00:00 EST

**Interview Type:** Phone

**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 02/19/2025

# EXHIBIT 1

## Supplemental Information

**What Reason(s) were you given for the action taken against you?**

**Was anyone in a similar situation treated the same, better, or worse than you?**

I have been singled out and targeted. The actions against me have been handled differently than others on campus and the college administration is not following its own policies. During one meeting, I was required to leave my personal phone outside of the president?s office. I have been treated like a criminal. My staff has been instructed not to speak to me. To dates, I have not received any formal directives(written or verbal) concerning my administrative leave.

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

Chreatha Alston chreatha@gmail.com (919) 219-6825

Dr. Fallon Brewington fallonm@bellsouth.net (919) 669-9525

**Please tell us any other information about your experience.**

\*\* Please note that there are two other EEOC claims submitted with very similar situations. Chreatha Alston and Dr. Fallon Brewington have pending claims submitted with your agency.\*\*

I, Roderick B. Brower, currently serve as the Chief Information Officer (CIO) and Chief Information Security Officer (CISO) at Sandhills Community College. I am a 55-year-old Black, gay man, and it is widely known on campus that I am gay. I have been employed at Sandhills Community College for a total of 18 years. I spent 10 years as a System Administrator before leaving to become the Chief Information Officer at Fayetteville Technical Community College, where I served for 8 years. When the CIO position became available at Sandhills, I was eager to return home to a place I had called home for many years, and I have now served in my current role for the past 8 years. I am one of very few people of color in a management role on campus.

On August 23, 2024, I was placed on administrative leave, an action I believe was retaliatory in response to a public records request in which I was named.

On August 21, 2024, I met with the college president, Alexander Stewart, and my direct supervisor, David Farmer, to discuss what was needed for the public records request. I outlined the steps I would take to extract the required data and was not told not to proceed. On August 22, I conducted the email queries for the president's email account and saved the results in a folder within his email account, labeled ?records request.? I then went to the president's office to confirm the data was accessible. I was accompanied by the president?s assistant, a procedure I had followed many times before with the previous president. As the CIO and CISO, I typically handle matters involving the president's office personally, and being alone in the president's office had never been an issue. The computer was logged in, and the email account was unlocked, as usual. The president's assistant was present for most of the time I was in the office, leaving only shortly before President Stewart and David Farmer arrived. I informed both why I was there and requested that the president review the data I had gathered. I did not access any other folders or files on his computer and followed a strict code of confidentiality and integrity.

Despite this, I was told to place my phone outside the office and was informed that I had committed a serious offense and would be "written up." President Stewart claimed we had previously discussed the process and that I had not been given permission to run the queries, although no such directive was given. On August 23, I was notified that I had been placed on administrative leave with full pay and benefits. To this day, I am unclear on what policy I allegedly violated.

I believe I was targeted due to my friendship with Chreatha Alston and the fact that the Libba Thomas (college CFO) named me to the college president as one of the reasons she was resigning. The handling of this situation by senior administration has been deeply unfair. I have no other disciplinary records in my HR file, and I acted within my professional responsibilities. As CISO, I am entrusted with data security and would never compromise the institution?s safety. My actions in this matter were customary and fully aligned with my duties.

Over the past 8 years, I have witnessed racial disparities and unequal treatment of people of color at Sandhills Community College. These include:

- Salary Inequities: People of color, including myself, are often expected to take on additional

**EXHIBIT 1**

responsibilities to earn raises, while white colleagues receive raises without additional duties. For instance, Michelle Bauer, who is not a Vice President, received a $45,000 raise, earning a VP-level salary. All VPs, except the only Black VP, received raises. Additionally, my salary is not on par with my white counterparts, such as Libba Thomas and Steven Garner. My Information Technology team has also been denied raises due to a claimed lack of funds, yet other departments have received them.

- LGBTQ+ Discrimination: Under President Stewart?s leadership, support for the LGBTQ+ community has significantly diminished. The college?s Diversity, Equity, and Inclusion (DEI) initiatives were dismantled, as publicly announced by President Stewart. The campus no longer celebrates diversity, making it a less inclusive environment for marginalized groups.

- Hostile Work Environment: I have been subjected to greater scrutiny and forced to justify my decisions more than my white colleagues. Senior leadership has consistently belittled or questioned my professional judgment, while allowing the Chief Financial Officer, Libba Thomas, to underperform without consequence. For example, in January 2024, I was not paid on time, yet no sufficient explanation was provided.

- Unfair Treatment: Despite completing performance evaluations for my team, I have yet to receive my own evaluation for the 2024 fiscal year. Meanwhile, my white colleagues have received theirs. Additionally, I have been asked to co-chair a technology committee with an ineffective colleague, Wendy Kauffman, who does not contribute equally.

- Retaliation: I believe I was singled out and placed on administrative leave because I was named in the public records request and the fact that Libba Thomas named me as one of the reasons she was resigning. I was never told not to fulfill the request, and I adhered to all college policies. My actions were professional and conducted with integrity. I have witnessed white colleagues receive grace and leniency that I was not afforded in this situation.

This ordeal has damaged my professional reputation and affected my health. Sandhills Community College has become an increasingly hostile and toxic environment, especially over the past 14 months. The racial, age-based, and sexual orientation discrimination I have experienced must be addressed and rectified.

Acting as the CISO, I followed the agreed queries from the discussions from the college administration regarding the public information request received on 8/21/24. I was the only one who accessed the data and shared it only with the President, sending it securely...not through email, so he could review and discuss with legal council. I also went in person to verify the file was received, and discovered his college computer on, signed in, and unlocked while he was away from his desk which is against our acceptable use policy.

It has been approximately 8 weeks and I have not received any formal documentation concerning my administrative leave from my employer.

On October 14th, I received a text from my direct supervisor requesting me to meet with an attorney concerning the same records request that I was placed on administrative leave for. I was told I am required to meet with attorney; yet I have received no formal documentation concerning my responsibilities while on administrative leave.

I feel like I am being set up and sabotaged in this situation. I have been treated like a criminal while only trying to do my job. This is a toxic and unhealthy work environment.

I wonder if my short time before retirement may be playing part in this. How am I able to return to work and feel comfortable to do my job now? There is a hostile work environment. I have fear of returning to the office because the administration will be looking for another reason to fire me. They have also isolated my team from me for two months. I am not sure if the trust of my department?s has been compromised.