EXHIBIT 8

## Declaration of Fallon Brewington

Pursuant to 28 U.S.C. § 1746, I, Fallon Brewington, hereby declare the following statements to be true and accurate to the best of my knowledge and belief, based on my observations and experiences while employed at Sandhills Community College:

1. My name is Fallon Brewington. I am currently employed as an Adjunct Instructor at Sandhills Community College ("SCC") in Pinehurst, North Carolina. I hold a Doctorate of Education in Educational Leadership in Adult and Community College Education from NC State University, along with a Master of Science in Vocational Education and a Bachelor of Science in Business Management from East Carolina University and North Carolina State University, respectively.

2. Prior to serving in this role, I was the Vice President of Workforce Development and Corporate Partnerships and was a member of the senior leadership team. While serving in the capacity of a Vice President, I was the only senior leadership teammember of color, and was the only second vice president of color in the college's history.

3. During my tenure at SCC, I have observed widespread employment-related racial discrimination. I have reviewed the April 17, 2025 letter from Mr. Brower's lawyers addressed to Tina Hlabse, who I understand to be outside counsel to SCC. I was interviewed by Mr. Brower's lawyers prior to the date of the letter, and it correctly summarizes the information I provided in response to their questions. I also provided specific details in relation to the categories identified in that letter, but asked they not be disclosed in fear SCC might retaliate against certain people I identified.

4. I have also been subjected to racial discrimination in the form of disparate treatment and retaliation. This has included:

- Discrimination and Pay Inequity: Despite my qualifications and responsibilities, I am compensated less than my peers in the senior leadership team. My salary is equivalent to that of an individual with a lower title, who was recently promoted. I have taken on additional duties without receiving any corresponding increase in compensation. This is in contrast to my white counterparts, who have been granted additional pay for similar or lesser roles.

- Hostile Work Environment: I have never received a formal performance evaluation, yet I am subjected to a hostile work environment. I frequently have to request basic resources or support multiple times, and when granted, I face hurdles that my white colleagues do not. I am

EXHIBIT 8

being micromanaged and have been subjected to harassment from third parties. This harassment has included anonymous postings on a political blog, hostile emails sent to my work account, and an individual who appeared on campus to film and photograph me during an event I organized. After the planning of the aforementioned event, I was unjustly reprimanded. Despite following established procedures and seeking input from the senior leadership team, I was criticized in a public manner that has caused significant emotional distress.

- Unfair Treatment and Retaliation: The criticism I faced was based on decisions that were consistent with prior events, yet I was singled out for disciplinary action in what appears to be a retaliatory manner. The lack of support from my peers and the public nature of the reprimand have further contributed to an environment that is both isolating and hostile.

5. I also observed several instances where white employees, including white employees identified in SCC's organizational chart as being at the same level and/or reporting to the same persons as Mr. Brower, who were not disciplined or terminated for inappropriate or illegal actions and behavior.

6. The first example is Elizabeth "Libba" Thomas, who is white and served as CFO. I had direct involvement in informing President Stewart of how the college's financials as reported by Libba at Senior Leadership meetings did not seem to align with what we were seeing. On April 13, 2024 via phone, I alerted President Stewart to evidence of financial troubles and explained what financial reports Ms. Thomas should be providing and raised that the fact that Ms. Thomas did not seem to be performing as required may be a reason for an audit by an independent 3rd party. I also expressed concerns about short falls in the budget and that Ms. Thomas was not correctly appropriating funds generated by the division I oversaw (WCE) and was denying funding requests for our the division, and was inappropriately re-routing those funds. This is documented in a follow-up email after our call to Dr. Stewart where I stated:

> *Please see the attached spreadsheet. The figure in yellow is what we calculate to be surplus from our current budget when our PT staff pay through the end of the fiscal year is factored in. As such, this is much lower than the number provided on the spreadsheet we received earlier this week.*
>
> *The funds in red, are funds that "Should be" added back into our budget and if done, those figures can be added to the surplus figure. If not, those funds are somewhere and need to be accounted for.*

EXHIBIT 8

**EXHIBIT 8**

> *The "new funds" reference the enrollment growth reserves funding that we received for the growth in WCE, per Libba's emails on 3.19 FW: Allocation - Enrollment Growth Reserve FY 2023-24*
>
> *As shared via phone, we understand the need to cover a deficit if such exists, but WCE should not bear this responsibility alone because we have been diligent in managing our budget while also managing exponential growth. We are trying to lay a solid foundation in order to have the capacity needed for the expected growth that will continue.*
>
> *Let me know if you have any questions.*

After this April 13, 2014 exchange, Ms. Thomas continued to fail to produce requested financial reports, leading to senior leadership raising the issue with President Stewart and requesting that Ms. Thomas appear to answer questions about the college's finances and her performance. Shortly before the May 2024 meeting occurred that could occur, President Stewart announced Ms. Thomas was "stepping down." Ms. Thomas was then allowed to exit on her own terms, which included three more months of employment, yet President Stewart never made her available to senior leadership for questioning. Furthermore, Ms. Thomas was rehired as an independent contractor at a higher rate of pay.

7. Another example is Julie Voigt, who is white and served as the VP of Instruction and now Chief of Staff, who was subject to complaints of her inappropriate treatment of staff, but was never subject to investigation or disciplinary action. One of those complaints was from me regarding how she belittled me at a collegiate conference in front of my colleagues as well as some of my subordinate staff. I raised this with President Stewart, but he took no action in relation to my complaint.

8. On August 30, 2024, I again put President Stewart on notice about how I and other employees of color were being treated differently, writing: *You know you and I have had previous conversations about things and instances that just didn't sit well or seem right to have to deal with as a fellow member of senior leadership. Back then maybe trivial and just aggravating, but now looking at the totality of things I have and continue to be treated differently. I am aware my candor is an issue for some, but the passive aggressiveness on the other end of the spectrum can be viewed the same way or even worse depending on the intent. The environment is toxic and hostile, and I am willing to sit down and document specific instances and meet and share with you, but prefer to do with a clearer mind and after which I welcome the opportunity to discuss further.*

EXHIBIT 8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed: _/s/ Fallon McIver Brewington_

Name: Fallon McIver Brewington

Date: April 23, 2025