# EXHIBIT 9



**Sandhills**
COMMUNITY COLLEGE
LEARN · ENGAGE · BELONG

## Letter of Appointment and Contract For Employment

Full Time Faculty or Full Time Staff

You are hereby notified of your appointment to the position indicated below by the Trustees of Sandhills Community College pursuant to the terms and conditions stated in this Letter of Appointment and Contract set forth below.

| Employee Name and Address | Title | |
|---|---|---|
| Roderick Brower | Chief Information Officer | |
| 117 Rushing Rd | **Position Code** | **Salary** |
| Hoffman NC 28347 | FSPCIOINFTECH | 106,367.00 |
| | **Position Type:** Staff Member | Faculty Member |
| **Fiscal Year** 2024-25 | | |
| | **Contract Start Date:** | 07/01/2024 |

**Faculty Appointment**  **Staff Appointment**

    9-Month Academic Year Appointment      12 Month Appointment

    10.5-Month Academic Year Appointment

    12-Month Academic Year Appointment

    Pro-rated Contract Amount      Pro-rated Contract Amount

    Special Conditions *(if any)*

**In consideration** of the employee's services pursuant to the terms and conditions of this Contract, the College shall pay the employee the sum entitled to consistent with 1C SBCCC 400.3 and the College's salary schedule. Employment with the College is subject to: (a) the availability, in the President's judgment, of sufficient funds for this position, whether the position is supported with state, federal, local, or institutional funds; and/or (b) sufficient student enrollment, as determined by the President. As a condition subsequent to the approval of this Contract, if such funding restrictions or insufficient student enrollment necessitates elimination of this position, this appointment shall be of no force or effect and the employee shall not be entitled to any compensation or be obligated to perform any services hereunder. If the funding for the position in which the employee is employed, whether a State, federal or locally-supported position, is terminated or reduced the employee may be required to take involuntary leave without pay in accordance with College policy. This Contract does not bind upon either party beyond its term as specified herein, nor does this Contract create any right to, guarantee of, or expectancy of employment beyond the term specified herein. The parties understand and acknowledge that future appointments are subject to affirmative action by the Board of Trustees. Employees are required to adhere to and follow all the rules and provisions set forth in the Sandhills Community College "Policies and Procedures Manualâ€[], as revised from time to time. The Manual, however, is not made part of, or incorporated into, this Contract.

**Terms and Conditions**

# EXHIBIT 9

1. Pursuant to Board of Trustees Policy 5.4.2, during any Probationary Period, Employee is considered "at-will" and may be dismissed for any reason; however, the reason may not be arbitrary, capricious, discriminatory or for personal or political reasons. At the end of the Probationary Period, if Employee is still employed by the College, this Letter of Appointment shall automatically convert to a Contract of Employment for the remainder of the term set-out herein.

2. Employee agrees to perform all duties and services faithfully and satisfactorily at the time, place, and for the duration prescribed by the College as directed by the President of Sandhills Community College or by the employee's supervisors or administrators. Employee agrees not only to perform the duties as set forth above but also to perform in good faith all other reasonable duties required by the College.

3. Except as specified in Section 1 above and only after this Letter of Appointment has converted to a Contract for Employment at the end of the Probationary Period, the College may terminate this Contract in accordance with the reasons and in the manner set forth in College policies, including but not limited to: the employee's failure to abide by the policies, rules and regulations of the College, conviction of any criminal act involving moral turpitude or a felony, and failing to perform the duties of his or her position in an adequate and professional manner. The Employee may terminate this contract at any time by providing thirty (30) days' notice.

4. It is understood and agreed that neither the execution of this Contract nor any renewal thereof shall be construed, either expressly or by implication, to confer any right in the Employee, other than as stated herein; and that this Contract shall terminate at the end of the Contract period herein set out (and may be terminated in advance as set forth herein or in College policy). Employee shall have no right or expectation to have his or her employment extended beyond the term herein set forth unless there shall exist an express agreement in writing between the parties for such extension. If Employee continues to work beyond the terms of this Contract without another valid contract being adopted by both Parties, the Employee shall be considered an at-will employee.

5. N/A — Positions funded under grants are contingent upon receipt of grant funding specifically for that purpose. All such positions terminate upon completion of the term of the grant, under which the appointment was made, upon exhaustion or termination of the available funding for the grant, or expiration of this Contract, whichever occurs first. **(Please initial if this is a grant-funded position. Otherwise, enter N/A.)**

6. If the Employee's duties consist of working with or on the site of a third-party, this Contract may be terminated if the third-party refuses to work with the Employee or refuses to allow the Employee onto its property.

7. Faculty members shall be employed for an academic year appointment in accordance with the academic schedule of the College.

8. The Employee understands that he/she may be expected to teach additional course hours, or be assigned additional duties, beyond the normal teaching load without extra pay. These hours may be during the regular day schedule or during the evening curriculum or non-curriculum schedule.

9. The parties understand and acknowledge that the College may reassign and transfer Employee at any time and to any position for which he or she qualifies as determined by the College. Therefore, the specific position or assignment to which the College appoints employees in this Contract shall remain tentative. The President or administration shall make the determination of the Employee's specific position or assignment.

10. Miscellaneous: Your salary may be withheld, or appropriate funds deducted from your salary for failure to return college property in good condition, normal wear and tear excepted, when requested or upon separation from the College. This Contract shall be interpreted under the laws of the State of North Carolina. This Contract renders all previous employment agreements null and void.

By submitting this form, I certify that the information provided is true and correct.

**EXHIBIT 9**

# Package History

| Date | User | Action |
|---|---|---|
| 5/31/2024 11:54:31 AM | Ronald Layne | Submitted 'Letter of Appointment and Contract For Employment' |
| 5/31/2024 11:54:48 AM | Roderick Brower | Received |
| 5/31/2024 12:00:47 PM | Roderick Brower | Decision Approved on step 'Employee' |
| 5/31/2024 12:01:00 PM | FLOW - President | Received |
| 6/2/2024 5:23:57 PM | Alexander Stewart | Decision Approved on step 'FLOW - President' |
| 6/2/2024 5:24:23 PM | FLOW - HR Full Time | Received |