**EXHIBIT 10**

I, Roderick Brower, understand completely and fully, that during the time I am on administrative leave from Sandhills Community College, that I will not access, attempt to access, log into, retrieve information from, use, manipulate, or alter in any way all of the information technology systems of the college.

Further, I, Roderick Brower, understand completely and fully, that during the time I am on administrative leave from Sandhills Community College I will not provide information regarding access, structure, function, use, or data storage of the information technology systems of Sandhills Community College for anyone other than authorized personnel of Sandhills Community College.

_____    _____    _____
Roderick Brower                                Date              Time


_____    _____    _____
Dr. D.J. Farmer                                  Date              Time


I, Roderick Brower, acknowledge that I am on administrative Leave w/full Pay & benefits. I will not attempt to access any college owned systems Nor Any Information Related TBB to, Nor provide any directives to any one else access college owned Resources.

WITNESSED:
_Robert M. Friesen_ (signature)
ROBERT M FRIESEN

_Rod B Brower_ (signature)
8/23/24