# EXHIBIT A

- Aug 22, 2024. I came down to Dr Stewart office to pull data for a Public Records Request Received.

- Wanted to pull Data for Dr Stewart to look over during weekend.

- PC was Not Locked, Email was open I Performed Advanced Search based on Criteria in Records Request

- Put approx 50 Emails in folder Named "Records Request" in Dr Stewart's Email box.

No Email were Read or opened. Was hoping to test queries for sound results before Doing others. Dr Stewart was first two Requests so I started with his email box.

Queries Need to be done within user's Mailbox for Complete Results.

Just As I finished. Dr Stewart + David Farmer walked into office

Teresa Sheets was in her office at all

times. I was down in Dr Stewart's office twice but only did searches in second visit. First visit was cut short due to network issue. I had to leave to address an ~~issue~~ issue upstairs.

Rod Brower
8/23/24

# **EXHIBIT A**

I, Roderick Brower, understand completely and fully, that during the time I am on administrative leave from Sandhills Community College, that I will not access, attempt to access, log into, retrieve information from, use, manipulate, or alter in any way all of the information technology systems of the college.

Further, I, Roderick Brower, understand completely and fully, that during the time I am on administrative leave from Sandhills Community College I will not provide information regarding access, structure, function, use, or data storage of the information technology systems of Sandhills Community College for anyone other than authorized personnel of Sandhills Community College.

_____          _____   _____
Roderick Brower                    Date      Time


_____          _____   _____
Dr. D.J. Farmer                    Date      Time

I, Roderick Brower, acknowledge that I am on administrative Leave w/full Pay & benefits. I will not attempt to access any college owned systems Nor provide any directives Nor any information related to to anyone else access college owned resources.

WITNESSED:
Robert M Friesen

Rod B Brower
8/23/24