# EXHIBIT B

On the afternoon of August 22, 2024, while working at my desk, I was approached via phone call by the SCC Information Officer, Rod Brower around 2:30 – 3:00 pm. He asked if Dr. Stewart was in. I told him that he was away from the office. Rod asked if he would return. I told him that Dr. Stewart might possibly return. Rod said that Dr. Stewart had asked that he work on a project to gather some information, and that he would try to access what he needed from his location upstairs. Some time later, approximately 15 minutes or so, Rod came down to my office and again asked if Dr. Stewart was in and if he would return. Dr. Stewart's office was dark, which obviously indicated that he was away. Rod said that he was unable to do the research remotely and that he would just use Dr. Stewart's computer. He asked if I had access to Dr. Stewart's login. As we walked in Dr. Stewart's office, I stood behind Rod and he made the comment that Dr. Stewart was still logged in. He gave no indication that he was nervous or that he had any other intention than to gather the information (that I thought) Dr. Stewart had given him permission to access. While working in Dr. Stewart's office, my printer began printing. Dr. Stewart and I are the only 2 people who have access to the printer, so I knew the information was coming from Dr. Stewart's office. Rod came back into my office, retrieved the stack of papers, mumbled that this wouldn't work, and ripped the pages into two parts. He then asked me to put the torn copies in my shred/recycle bin below my desk. He was on the computer no longer than 10 – 15 minutes when Dr. Stewart arrived with Dr. Farmer. They proceeded to go into Dr. Stewart's office for discussion. I realized that something wasn't quite as it should be. I reached into the recycle bin and pulled out the papers that Rod had given me. I put the stack of two halves together and realized it was obviously of a sensitive nature. I wanted to be sure that Dr. Stewart had access to the torn copies, so I put them in a folder, put a note to Dr. Stewart on the folder, and placed in my desk drawer. It was a little after 5pm and I left the campus, but later texted Dr. Stewart to make him aware that the folder was in my desk for him to retrieve.

_Teresa Sheets_                                        08.23.24

Teresa Sheets                                            Date