# **EXHIBIT C**

**From:** Chreatha Alston <chreatha@gmail.com>
**Sent:** Wednesday, August 21, 2024 00:56
**To:** Alexander Stewart <stewarts@sandhills.edu>
**Cc:** Julie Voigt <voigtj@sandhills.edu>; Helen Probst Mills <probstmillsh@sandhills.edu>; Larry Caddell <caddelll@sandhills.edu>; Timothy Carpenter <carpentert@sandhills.edu>; Roderick Brower <browerr@sandhills.edu>
**Subject:** Public Records Request

Dr. Stewart,
Pursuant to Chapter 132 of the North Carolina General Statutes, I am requesting the following public records, which can be submitted via email to chreathajunk@gmail.com or by uploading to the Google Drive folder https://drive.google.com/drive/folders/1376gMXSVa8UBpKw-CdNrzYHN15M7jFvU?usp=sharing:

1. All emails to and from Alexander Sandy Stewart beginning June 2023 through August 21, 2024, utilizing the following search terms separated by a comma:Fallon Brewington, Rod Brower, Twana McKnight, Chreatha Alston, Julie Voigt, Elizabeth Thomas, Rebecca Roush, Emily Alston, David Townsend, Jarvis Smith, Jarris McNeill, Michelle Bauer, Taylor McCaskill, Stephanie Lang, Nevius Toney, Kirk Lynch
2. All emails between(to/from) Alexander Stewart and the following employees: Julie Voigt, Rebecca Roush, David Farmer beginning December 1, 2023, through August 21, 2024.
3. All emails to and from Julie Voigt beginning June 2023 through August 21, 2024, utilizing the following search terms separated by a comma: Fallon Brewington, Rod Brower, Twana McKnight, Chreatha Alston, Elizabeth Thomas, Rebecca Roush, Emily Alston, Nevius Toney, Kirk Lynch
4. All emails between(to/from) Julie Voigt and the following employees: Chreatha Alston, Rebecca Roush, David Farmer, Mary Bridgsche beginning December 1, 2023 through August 21, 2024.
5. All emails to and from Rebecca Roush beginning June 2023 through August 21, 2024, utilizing the following search terms separated by a comma: Fallon Brewington, Rod Brower, Twana McKnight, Chreatha Alston, Elizabeth Thomas, Julie Voigt, Emily Alston, Wendy Kauffman, Taylor McCaskill, Nevius Toney, Kirk Lynch,
6. All emails between(to/from) Rebecca Roush and the following employees: Wendy Kauffman, Rebecca Roush, David Farmer, Mary Bridgsche beginning December 2023 through August 21, 2024.
7. All emails to and from David Farmer beginning May 2024 through August 21, 2024, utilizing the following search terms separated by a comma: Fallon

# EXHIBIT C

Brewington, Rod Brower, Twana McKnight, Chreatha Alston, Elizabeth Thomas, Julie Voigt, Emily Alston, Taylor McCaskill, Stephanie Lang.

8. All emails between(to/from) David Farmer and the following employees/Contractors: Jennifer, Daffie Garris, Karen Walker, Linda Lejnar, Elizabeth Thomas, Katie du Point, and Josh Lagunas beginning May 1, 2024, through August 21, 2024.
9. All emails to and from Michelle Bauer beginning May 2024 through August 21, 2024, utilizing the following search terms separated by a comma: Fallon Brewington, Rod Brower, Chreatha Alston, Elizabeth Thomas, Julie Voigt.
10. Invoices and payments for/to the following contractors: Daffie Garris, Linda Lejnar, Elizabeth Thomas, Katie du Point, and Josh Lagunas beginning May 1, 2024, through August 21, 2024.
11. All text messages between the following Julie Voigt Rebecca Roush, David Farmer Alexander Stewart (including personal telephonic devices used to conduct business of the College) dated May 1, 2024, through August 21, 2024.

Chreatha Alston

[EXTERNAL Caution: This email originated outside of the Sandhills Community College's email system. Do not click links or open attachments unless you recognize the sender and know the content is safe. ]

E-mail correspondence to and from this sender may be subject to the North Carolina Public Records law and may be disclosed to third parties.